UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                Case No. 2:09-cr-7-FtM-29DNF

HECTOR SAUL CRUZ-GUZMAN
_____

**OPINION AND ORDER**

On May 21, 2009, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #34) to the Court recommending that Defendant's Motion to Suppress (Doc. #21) be denied. Defendant's Objections (Doc. #35) were filed on May 29, 2009.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection.

See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

The Court has conducted a careful and complete review of the record and the findings, conclusions and recommendations in the Report and Recommendation. The Court has given *de novo* consideration to the legal conclusions and the matters to which objections were filed. The Court accepts and adopts the findings, legal conclusions, and recommendations of the magistrate judge. Defendant's specific objections are resolved as follows:

1. Defendant provides a more detailed summary of some of the testimony of Sgt. John Poling at pages 1-6 of his Objections. The Court will consider these factual matters summarized by defendant in connection with its ruling on the Motion to Suppress.

2. The Court overrules defendant's objection in connection with the waiver of his Miranda[1] rights set forth at pages 6-7 of his Objections. The Court adopts the findings, analysis, and conclusions in the Report and Recommendation at pages 13-15 as to this issue.

3. While it is not completely clear, defendant seems to object to the finding as to the lawfulness of the stop because the evidence "strongly suggests" illegal profiling. (Doc. #35, p. 10.) The Court overrules this objection, finds no profiling, and adopts the findings, analysis and conclusions of the Report and Recommendation at pages 8-9 as to the lawfulness of the stop of the vehicle.

---

[1] Miranda v. Arizona, 384 U.S. 436 (1966).

4. Defendant objects to the length of the traffic stop, asserting that the conduct of law enforcement after defendant was told a warning would be issued for a broken headlight was unlawful. (Doc. #35, p. 10.) The Court overrules this objection, and adopts the findings, analysis, and conclusions in the Report and Recommendation at pages 9-11 as to this issue.

5. Defendant also objects that the consent was invalid under the fruit of the poisonous tree doctrine in light of the unlawful duration of the traffic stop. (Doc. #35, pp. 10-13.) Having found that the duration of the stop was not unlawful, this objection is overruled.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #34) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress (Doc. #21) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of June, 2009.

_____
JOHN E. STEELE
United States District Judge

Copies:

Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record